<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 10-6812**

—————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

LAMONT ANTWON SANDERS, a/k/a Twon,

                Defendant - Appellant.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, District Judge.
(1:06-cr-00087-JFM-1)

—————

Submitted:  November 30, 2010      Decided:  December 6, 2010

—————

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Lamont Antwon Sanders, Appellant Pro Se.  Michael Joseph Leotta,
John  Walter  Sippel,  Jr.,  Assistant  United  States  Attorneys,
Baltimore, Maryland, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Antwon Sanders appeals the district court's order denying his motion to correct the record. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Sanders, No. 1:06-cr-00087-JFM-1 (D. Md. May 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED